1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10
11

CORA REDDING,

12

Plaintiff,

Case No.  C05-5173RJB

13

v.

AMENDED MINUTE ORDER
SETTING ORAL ARGUMENT

14

JO ANNE B. BARNHART, Commissioner of
Social Security,

15
16

Defendant.

17
18
19

The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United

20

States Magistrate Judge:

21

Oral argument in this matter will be held before the Honorable J. Kelley Arnold, U.S. Magistrate

22

Judge, at **_9:00 a.m._** **on October 6, 2005,** at 1717 Pacific Avenue, Courtroom D, Tacoma, Washington

23

98402.

24

The foregoing Minute Order entered by _____*/s/ Allyson P. Swan*_____, Deputy Clerk,

25

this September 23, 2005.

26
27
28

MINUTE ORDER
Page - 1